UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                                                                **ORDER**
                                                                                               22-CR-164S

RANIQUE DAVIS,

                    Defendant.

On January 19, 2024, with Defendant's consent, this Court referred the above-captioned case to the assigned magistrate judge to conduct a change-of-plea proceeding and plea allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to thereafter issue a Report and Recommendation.   (Docket Nos. 39, 40.)

Defendant appeared before the magistrate judge on February 15, 2024, at which time Defendant waived indictment and pleaded guilty to a single-count superseding information that charged a narcotics conspiracy, in violation of 21 U.S.C. § 846.   (Docket Nos. 44-46, 48.)   The magistrate judge conducted a full change-of-plea proceeding and subsequently filed a Report and Recommendation finding that the plea allocution complied with Rule 11 and recommending that this Court adjudge Defendant guilty of the offense to which the guilty plea was offered.   (Docket Nos. 47, 48.)

No party filed objections to the Report and Recommendation, in accordance with 28 U.S.C. § 636 (b)(1) and Local Rule of Criminal Procedure 59 (c)(2).

Having reviewed the recording of the change-of-plea proceeding, and having considered the magistrate judge's Report and Recommendation, this Court finds that all

plea requirements in Rule 11 have been carefully followed and fulfilled. This Court therefore accepts the magistrate judge's Report and Recommendation (Docket No. 47), accepts Defendant's guilty plea, and adjudges Defendant guilty of violating 21 U.S.C. § 846, as charged. Sentencing will be scheduled by separate order.

    SO ORDERED.

Dated:    March 19, 2024
             Buffalo, New York

                                          <u>s/William M. Skretny</u>
                                            WILLIAM M. SKRETNY
                                          United States District Judge